THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* ANGELO PRESENZAÑO, FRANK SPIESS and EDWARD BAGLIVI, Appellants.

Argued April 13, 1948; decided May 20, 1948.

*Alfred I. Rosner* for Edward Baglivi, appellant.

*David M. Markowitz* for Angelo Presenzano and Frank Spiess, appellants.

*Frank S. Hogan, District Attorney (Eugene A. Leiman* and *Whitman Knapp* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.